IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05CV376 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| CATHLEEN A. HILL, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Plaintiff's notice of dismissal (filing 4) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed without prejudice.

November 2, 2005.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge